HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANGELO HUIZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-po-00551-MJS |
| Plaintiff, | **MOTION TO VACATE SEPTEMBER 26, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| ANGELO HUIZAR, | |
| Defendant. | |

Defendant Angelo Huizar hereby requests that the Court vacate the September 26, 2017 review hearing. The Government is in agreement with the request.

On October 25, 2016, the Court sentenced Mr. Huizar to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court ordered Mr. Huizar to pay a fine of $250.

Mr. Huizar has paid the entirety of his fine and has had no new law violations. Accordingly, Mr. Huizar has complied with all conditions of his probation, and he hereby requests that the September 26, 2017 review hearing be vacated.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 22, 2017         */s/ Hope Alley*
                                 HOPE ALLEY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ANGELO HUIZAR

**O R D E R**

Based on the parties' joint representation that Mr. Huizar is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for September 26, 2017 at 10 a.m., in case number 6:16-po-000551-MJS.

IT IS SO ORDERED.

Dated:   September 22, 2017        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE